IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRUNO PALENCIA,<br>    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:14-cv-02276 |
| PROGRESSIVE INTEREST, INC. d/b/a<br>PROGRESSIVE ELECTRIC AND<br>ANTHONY J. HEPBURN<br>    Defendants. | §  | JURY DEMANDED |

## NOTICE OF SETTLEMENT

Plaintiff Bruno Palencia is pleased to inform the Court that the parties have reached an agreement to settle this matter. Plaintiff requests that the Court allow the parties 30 days to finalize the settlement, and that the parties be excused from attending the conference presently set for Monday, November 3, 2014 at 10:30 a.m.

Respectfully Submitted,

/s/ Josef F. Buenker
Josef F. Buenker
TBA No. 03316860
1201 Prince Street
Houston, Texas 77008
713-868-3388 Telephone
713-683-9940 Facsimile
ATTORNEY-IN-CHARGE
FOR PLAINTIFF BRUNO PALENCIA

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed a copy of the foregoing Notice of Settlement and served it by electronic transmission through the Court's CM/ECF system.

/s/ Josef F. Buenker
Josef F. Buenker