| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Bruno Palencia, §
§
    Plaintiff, §
§
versus § Civil Action H-14-2276
§
Progressive Interest, Inc., et al., §
§
    Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by November 28, 2014.

2. This court retains jurisdiction to enforce the settlement.

Signed on October 29, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge